[No. 13281-1-III. Division Three. September 29, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK EUGENE BURCH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-1-01083-7, Kathleen M. O'Connor, J. entered May 17, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ

[No. 30592-1-I. Division One. October 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOHN GULLA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-04238-8, Joan E. DuBuque, J., entered April 27, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 33168-0-I. Division One. October 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES LAMONT THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-04473-7, Faith Enyeart, J., entered June 29, 1993. *Dismissed* by unpublished per curiam opinion.

[No. 35134-6-I. Division One. October 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. TIUANA NEKO JACKSON, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-07706-4, LeRoy McCullough, J., entered July 29, 1994. *Reversed* by unpublished per curiam opinion.